HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MATTHEW FARON BLAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-mj-00208 BAM |
| --- | --- | --- |
| Plaintiff, | ) | 1:14-cr-00252-LJO |
| vs. | ) | ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUAN TO 18 U.S.C. § 4241(b) |
| MATTHEW FARON BLAIR, | ) | |
| Defendant. | ) | Judge:  Gary S. Austin |

In counsel's oral motion to the Court on November 26, 2014, counsel represented his concern that his client lacks the present ability to consult with counsel in a meaningful way and that he is unable to assist properly in his defense.  The Court finds that once the Court is presented with representation which forms reasonable cause to believe the defendant lacks the mental fitness to proceed, whether by motion, by facts coming before it or through its own observations, the Court is mandated to order a psychiatric or psychological exam.  *See generally Chavez v. United States*, 656 F.2d 5122, 516-18 (9th Cir. 1981).

IT IS ORDERED that pursuant to 18 U.S.C. § 4241(b), a psychiatric or psychological examination of defendant, Matthew Faron Blair, be conducted and that a psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).  It is further ORDERED that defendant is committed to the custody of the Attorney

General and the United States Marshal's Service is directed to transfer defendant to a suitable facility for examination.

IT IS SO ORDERED.

Dated:   **November 26, 2014**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE