HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Marc Days, Bar # 184098
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: 559.487.5561

Attorney for Defendant
MATTHEW FARON BLAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 1:14-cr-00252 LJO-SKO |
| Plaintiff, | **ORDER ON MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL AND APPOINT *AD HOC* CJA COUNSEL** |
| vs. | |
| MATTHEW FARON BLAIR, | |
| Defendant. | |

Upon Defendant's motion, good cause appearing, and for consistency of representation,

IT IS HEREBY ORDERED, effective January 12, 2015, withdrawing the Federal Defender as counsel and appointing Marc Days as *ad hoc* CJA counsel, pursuant to 18 U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 323, App. I, §B(3), until such time as Defendant is (a) deemed competent and (b) can present for a Status Conference to let the Court know whether or not he consents to such appointment or the Court deems continued appointment is in Defendant's best interest.

IT IS SO ORDERED.

Dated:   **January 12, 2015**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

Order Withdrawing Federal Defender
Appointing Ad Hoc CJA Counsel            1