BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 1:14cr252 LJO |
| Plaintiff, | ORDER FOR EXAMINATION REGARDING RESTORATION OF DEFENDANT'S MENTAL COMPETENCY PURSUANT TO 18 U.S.C. § 4241 |
| vs. | |
| MATTHEW FARON BLAIR, | |
| Defendant. | |

On November 26, 2014, U.S. Magistrate Judge Gary S. Austin ordered that defendant MATTHEW FARON BLAIR ("defendant"), be placed in the custody of the Attorney General and undergo an examination pursuant to 18 U.S.C. § 4241(b) to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court also ordered that a report be filed pursuant to the provisions of section 4247(b) and (c) setting forth the examiner's conclusions.

1     The Court received the examiner's report on
2 and held a hearing on the matter pursuant to 18 U.S.C. § 4241(c)
3 on February 18, 2015.  Based on the report, the Court's
4 discourse with the defendant, the Court's observations of
5 erratic behavior (including the threat to murder the undersigned
6 Judge), the parties' submissions and arguments at the hearing
7 the Court finds that defendant is presently suffering from a
8 mental disease or defect rendering him at times mentally
9 incompetent to the extent that he is unable to understand the
10 nature and consequences of the proceedings against him or to
11 assist properly in his defense.
12     Accordingly, pursuant to 18 U.S.C. § 4241(d), IT IS HEREBY
13 ORDERED that:
14     A.   Defendant is committed to the custody of the Attorney
15 General.
16     B.   The Attorney General shall hospitalize the defendant
17 for treatment in a suitable facility for such a reasonable
18 period of time, not to exceed four months, as is necessary to
19 determine whether there is a substantial probability that in the
20 foreseeable future defendant will attain the capacity to permit
21 the proceedings to go forward.
22     C.   No later than four months from the day the defendant
23 is received into custody by the Attorney General, a member of
24 the staff of the facility to which the defendant has been
25 committed by the Attorney General shall submit to the Court and
26 the parties a report regarding:
27
28

1. Whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward;

2. Whether the staff of the facility requires additional time to treat the defendant's mental condition to the point where it is so improved that trial may proceed.

IT IS SO ORDERED.

Dated:   **February 24, 2015**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE