BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 1:14cr252 LJO |
| Plaintiff, | ORDER FOR EXAMINATION REGARDING DEFENDANT'S MENTAL COMPETENCY PURSUANT TO 18 U.S.C. § 4241 |
| vs. | |
| MATTHEW FARON BLAIR, | |
| Defendant. | |

On December 9, 2015, at the request of defense counsel, U.S. District Judge Lawrence J. O'Neill ordered that defendant MATTHEW FARON BLAIR ("defendant"), be placed again in the custody of the Attorney General and undergo an examination pursuant to 18 U.S.C. § 4241(a) to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, pursuant to 18 U.S.C. § 4241(b), IT IS HEREBY ORDERED that:

       A.   Defendant is committed to the custody of the Attorney General.

       B.   The Attorney General shall conduct a psychiatric or psychological examination of the defendant to determine the defendant's competence and capacity to permit the proceedings to go forward.

       C.   No later February 19, 2016, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall submit to the Court and the parties a report regarding:

           1.   Whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward;

           2.   Whether the staff of the facility requires additional time to treat the defendant's mental condition to the point where it is so improved that trial may proceed.

       D.   Alternatively, should the institution require additional time to evaluate the defendant, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall request from the Court additional time, up to four months, to complete the evaluation.

IT IS SO ORDERED.

DATED:                                   _____
                                         LAWRENCE J. O'NEILL
                                         United States District Judge

<u>United States v. Blair</u>                                    Order for Mental
1:14CR252 LJO                        2                         Examination

Presented by:

*/s/ Karen A. Escobar*
Assistant United States Attorney

*/s/ Marc Days*
Counsel for Defendant

IT IS SO ORDERED.

Dated: **December 10, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE