BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 1:14cr252 LJO |
|---|---|
| Plaintiff, | ) <u>ORDER FOR EXAMINATION REGARDING DEFENDANT'S MENTAL COMPETENCY PURSUANT TO 18 U.S.C. § 4241</u> |
| vs. | ) |
| MATTHEW FARON BLAIR, | ) |
| Defendant. | ) |

On March 21, 2016, upon review of the "Forensic Evaluation"/Mental Evaluation Report dated March 8, 2016, and at the request of the parties, U.S. District Judge Lawrence J. O'Neill ordered that defendant MATTHEW FARON BLAIR ("defendant"), be placed in the custody of the Attorney General to undergo treatment, pursuant to 18 U.S.C. § 4241(d). Such order is based upon a preponderance of the evidence that shows that the defendant is unable to assist properly in his defense.

Accordingly, pursuant to 18 U.S.C. § 4241(d),

IT IS HEREBY ORDERED that:

A.   Defendant is committed to the custody of the Attorney General.

     B.   The Attorney General shall hospitalize the defendant for treatment in a suitable facility.

     C.   No later than July 19, 2016, a member of the staff of the facility to which the defendant has been committed for treatment by the Attorney General shall submit to the Court and the parties a report regarding:

    1.   Whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward;

    2.   Whether the staff of the facility requires additional time to treat the defendant's mental condition to the point where it is so improved that trial may proceed.

     D.   Alternatively, should the institution require additional time to treat the defendant, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall request from the Court additional time, up to four months, to complete the evaluation.

IT IS SO ORDERED.

Dated:  **March 30, 2016**          **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE