PHILIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTHEW FARON BLAIR,<br><br>                    Defendant. | CASE NO. 1:14-cr-00252 LJO-SKO<br><br>ORDER |

IT IS HEREBY ORDERED THAT the U.S. Marshal's Service transport the defendant forthwith to this district forthwith to address the pending charges.

IT IS SO ORDERED.

   Dated:   **February 7, 2017**              /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE