IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00252 LJO |
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| MATTHEW FARON BLAIR | |
| Defendant. | |

The Clerk of the Court is hereby ordered to seal the Competency Restoration Report pursuant to 18 USC 4241(d) dated May 3, 2019.

IT IS SO ORDERED.

Dated: May 20, 2019

/s/ Lawrence J. O'Neill
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1