1  HEATHER E. WILLIAMS, CA BAR #122664
   Federal Defender
2  PEGGY SASSO, CA BAR #228906
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorneys for Defendant
   MATTHEW FARON BLAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-0252 LJO |
|---|---|
| *Plaintiff,* | ) |
| vs. | ) ORDER FOR RELEASE AND |
| | ) TRANSPORTATION |
| MATTHEW FARON BLAIR, | ) |
| *Defendant.* | ) |

IT IS HEREBY ORDERED that defendant Matthew Faron Blair (Matthew Blair: Fresno County Sheriff's Booking No. 1923268; Personal ID No. 7067684) shall be released to Brian Lee, Assistant Program Director at Vista, a program of Fresno Behavioral Health on Tuesday July 30, 2019 at 10:00 a.m.  Mr. Lee will then transport Mr. Blair directly to the Vista Program, Turning Point of Central California, located at 258 N. Blackstone Avenue, Fresno, CA  93701 for his intake into the program.

IT IS SO ORDERED.

Dated:  **July 29, 2019**           /s/ Lawrence J. O'Neill
                           UNITED STATES CHIEF DISTRICT JUDGE