McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 1:14cr252 NONE-BAM |
|---|---|---|
| Plaintiff, | ) ) | APPLICATION TO ADMINISTER TESTING; ORDER |
| vs. | ) ) | |
| MATTHEW FARON BLAIR, | ) ) | |
| Defendant. | ) ) | |

The United States of America, by and through its undersigned counsel, hereby applies to the Court for an order to obtain COVID-19 and tuberculosis testing for the defendant before transferring him to a BOP facility for restoration of mental competency.

On June 8, 2020, the Court signed an order to restore the defendant's mental competency, pursuant to 18 U.S.C. § 4241(d).  (Doc. 130.)  However, due to COVID-19, the defendant remains at the Fresno County Jail.  At this time, the BOP has space and availability to treat the defendant.  Before he can be transferred to a BOP facility, the U.S. Marshals Service needs to test the defendant for tuberculosis and COVID-19, but the defendant has refused testing.  The U.S. Marshals Service has indicated that it is reluctant to proceed with involuntary testing, in the absence of a court order.

In order to ensure the defendant receives appropriate mental treatment, the government respectfully requests that the Court order the U.S. Marshals to proceed with the necessary

testing. Defense counsel acknowledges the need for these tests in order for the U.S. Marshal's Office to execute the Court's order of June 8.

DATED: October 2, 2020 Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: Karen A. Escobar
 KAREN A. ESCOBAR
Assistant U.S. Attorney

# **O R D E R**

Having reviewed the foregoing application,

IT IS HEREBY ORDERED that the U.S. Marshals Service shall ensure that MATTHEW FARON BLAIR is tested for tuberculosis and COVID-19 before he is transported to a Bureau of Prisons facility in order to undergo treatment, pursuant to 18 U.S.C. § 4241(d) and this Court's June 8, 2020 order.

IT IS SO ORDERED.

Dated: __October 2, 2020__  _____Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE