1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MATTHEW FARON BLAIR

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:14-cr-0252 LJO
12 |            *Plaintiff,*   | STIPULATION RE EXTENSION OF
                                 COMMITMENT UNDER 18 U.S.C.
13 | vs.                        | § 4241(d)(2)(A); ORDER
14 | MATTHEW FARON BLAIR,       |
15 |            *Defendant.*    |

16

17      Mr. Blair currently has a pending Petition for Violation of the terms of his Supervised

18 Release, which was filed on February 12, 2020.  Mr. Blair was arraigned on the Petition on

19 March 31, 2020.  At the first status conference on May 5, 2020, Judge McAuliffe found Mr.

20 Blair not competent to proceed under 18 U.S.C. § 4241(d).  The matter was put over for a month

21 in light of the pandemic.  On June 5, 2020, the Court held the second status conference in the

22 matter, and defense counsel reported that nothing had substantively changed with respect to Mr.

23 Blair's competency.  On June 8, 2020, this Court signed an order (1) committing Mr. Blair to the

24 custody of the Attorney General pursuant to § 4241(d) for a period not to exceed four months to

25 determine whether there was a substantial probability that in the foreseeable future Mr. Blair

26 would attain the capacity to permit the proceedings against him to go forward, and (2) requesting

27 an update from a member of the staff of the facility to which Mr. Blair had been committed for

28 treatment no later than November 16, 2020.

In a letter dated November 10, 2020, Dana White, Mental Health Unit Manager, informed the Court that Mr. Blair had been received on October 23, 2020 at MCFP Springfield for psychological evaluation and competency restoration pursuant to 18 U.S.C. § 4241(d), and that Mr. Blair's period for competency restoration was scheduled to conclude on February 29, 2021, otherwise known as March 1, 2021.

In a letter dated March 2, 2021, J. E. Krueger, Warden at MCFP Springfield, informed the Court that Mr. Blair has been voluntarily taking his prescribed medications following his initial clinical interview at the facility, but while he had shown improvement in his mental state, it was the determination of his treating doctor, Dr. Preston Baecht, that Mr. Blair remains incompetent to proceed at the present time. In Dr. Baecht's opinion, with continued treatment there is a substantial likelihood that Mr. Blair will be restored to competency in the foreseeable future. Invoking 18 U.S.C. § 4241(d)(2)(A), Warden Krueger asked this Court for an additional 120 days to complete the mental health treatment to determine if there is a substantial probability that Mr. Blair will become competent to proceed.

Based on Dr. Baecht's representation that there is a substantial likelihood that with continued treatment for the next 120 days Mr. Blair's competency will be restored, the parties agree that continued commitment under § 4241(d)(2)(A) until June 30, 2021, is reasonable. Accordingly, the parties request that the Court issue an Order committing Mr. Blair for an additional 120 days of treatment at MCFP Springfield pursuant to 18 U.S.C. § 4241(d)(2)(A), and that no later than June 30, 2021 a member of the staff at MCFP Springfield shall submit to the Court and the parties a report assessing Mr. Blair's competency to proceed.

Respectfully submitted,

Phillip A. Talbert
Acting United States Attorney

DATED: March 24, 2021     By:     /s/ Karen A. Escobar
                                   Karen A. Escobar
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS <br> Federal Defender |
| DATED: March 24, 2021 | By:  */s/ Peggy Sasso* <br> PEGGY SASSO <br> Assistant Federal Defender <br> Attorney for Defendant <br> MATTHEW FARON BLAIR |

**O R D E R**

IT IS SO ORDERED.

Dated: __March 24, 2021__    _____
UNITED STATES DISTRICT JUDGE