HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW FARON BLAIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-0252 NONE |
| *Plaintiff,* | STIPULATION RE TRANSPORT FOLLOWING COMMIMENT UNDER 18 U.S.C. § 4241(d); ORDER |
| vs. | |
| MATTHEW FARON BLAIR, | |
| *Defendant.* | |

Mr. Blair currently has a pending Petition for Violation of the terms of his Supervised Release, which was filed on February 12, 2020. On June 8, 2020, this Court signed an order committing Mr. Blair to the custody of the Attorney General pursuant to § 4241(d) for a period not to exceed four months to determine whether there was a substantial probability that in the foreseeable future Mr. Blair would attain the capacity to permit the proceedings against him to go forward, and on March 24, 2021, this Court signed an order extending the commitment under § 4241(d) for an additional four months.

On or about July 21, 2021, the Court received a Forensic Psychological Report dated June 24, 2021, addressing Competency Restoration pursuant to 18 U.S.C. § 4241(d). The Report was authored by Dr. Lea Ann Baecht, and concluded that Mr. Blair was presently competent to proceed because his mental illness was currently in remission due to the administration of psychiatric medication. Dr. Baecht noted that Mr. Blair suffers from a chronic mental illness that

"require[s] continued treatment with psychiatric medication in order for it to remain in remission." As Dr. Baecht noted in her Report, this is the fourth time that Mr. Blair has been committed at USMCFP Springfield for restoration of competency during the pendency of this case, due in part to the difficulties inherent in maintaining Mr. Blair's medical regime during and following his transport from the medical facility in Springfield to the Fresno County Jail. Given this history, Dr. Baecht advised that "it appears prudent to maintain him at this facility until directed by the Court to return him to the Eastern District of California in order to minimize the likelihood that he will become noncompliant with treatment and decompensate."

Aware of the challenges that arose from Mr. Blair's last transport from Springfield to the Fresno County Jail as well as the resources available to assist with the transition through Fresno Behavioral Health, defense counsel reached out to both Dr. Baecht and Fresno Behavioral Health to ascertain what could be done to facilitate the timely flow of the information necessary to minimize the risk of decompensation following Mr. Blair's transport back to Fresno. Dr. Baecht advised that a Court Order providing her Forensic Psychological Report dated June 24, 2021 as well as the Discharge Form (the document provided to the U.S. Marshals Service when they receive Mr. Blair for transport that documents his current medications and dosages) to Fresno Behavioral Health in advance of Mr. Blair's arrival in Fresno would be prudent in the interest of facilitating a smooth transition.

Accordingly, the parties agree that this Court should issue an Order for (1) defense counsel to provide a copy of Dr. Baecht's Forensic Psychological Report dated June 24, 2021 regarding Matthew Faron Blair to Fresno Behavioral Health; (2) the U.S. Marshals Service to transport Mr. Blair from USMCFP Springfield to Fresno County Jail as expeditiously as possible to minimize the risk of decompensation during transport; and (3) the U.S. Marshals Services to provide a copy to the Court of the Discharge Form pertaining to Matthew Faron Blair immediately upon receiving Mr. Blair from USMCFP Springfield, which the Court will then forward to the parties so that defense counsel can provide the Discharge Form with Mr. Blair's current medication to Fresno Behavioral Health in advance of Mr. Blair's arrival at Fresno County Jail to minimize the risk of decompensation following transport.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | Phillip A. Talbert<br>Acting United States Attorney |
| DATED: August 31, 2021 | By: | */s/* Karen A. Escobar<br>Karen A. Escobar<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 31, 2021 | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>MATTHEW FARON BLAIR |

**O R D E R**

IT IS SO ORDERED.

Dated: __**August 31, 2021**__    _____
UNITED STATES DISTRICT JUDGE