IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:14-CR-00252-001 DAD |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MATTHEW FARON BLAIR | |
| Defendant. | |

The above-named defendant having been sentenced on January 7, 2022, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **January 7, 2022**            _/s/ Dale A. Drozd_
                                                            UNITED STATES DISTRICT JUDGE